

March 7, 2013                                                                          **Gregg S. Kahn**
                                                                                      973.735.6031 (direct)
                                                                                      gregg.kahn@wilsonelser.com

**BY ELECTRONIC FILING**
William T. Walsh, Clerk
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **Target National Bank v. Nicole Campanella v. Lyons, Doughty & Veldhuis, P.C.**
      **Our File No. 14381.00004**

Dear Mr. Walsh:

This firm represents third party defendant Lyons, Doughty & Veldhuis, P.C. in connection with the above-referenced matter.

The foregoing documents are being electronically filed on this date: (i) Notice of Removal; (ii) Civil Cover Sheet; (iii) Rule 7.1 Statement; and (iv) Certification of Filing and Service.

The proper filing fee will be paid on the ECF system.

A copy of the aforementioned pleadings will be served on all counsel of record and *pro se* parties on this same date.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Gregg S. Kahn

GSK
Enclosures
cc:   Ms. Nicole Campanella (w/enclosures) [BY HAND DELIVERY]
      Laurie Lyons, Esq. (w/enclosures) [BY ELECTRONIC MAIL AND BY FIRST CLASS MAIL]

200 Campus Drive • Florham Park, NJ 07932 • p 973.624.0800 • f 973.624.0808
One Gateway Center • Suite 2600 • Newark, NJ 07102

Carolyn F. O'Connor • Regional Managing Partner, New Jersey

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

**wilsonelser.com**

1563607.1